

# THE ATTORNEY GENERAL

## OF TEXAS

Gerald C. Mann
XXRQIBXXDIXIBIBDDIBIID
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Hon. D. Richard Voges          Opinion No. O-3064
County Attorney                Re:  Validity of teachers'
Floresville, Texas             contracts.

Dear Sir:

　　　　We have your letter of July 1, 1941, presenting
the following facts and questions for our opinion, viz:

　　　　"Several teachers in this county teaching in a
common school district made two-year teacher's con-
tracts with the trustees.  The agreement as to the
contracts was made before the trustee election in
April by two of the three trustees.  The election
was held, and one of the two trustees making the
agreement was defeated, but before he left office
and before the new trustee qualified, the two agree-
ing old trustees held a meeting and employed the
teachers, as agreed, and signed the contracts,
which were approved by the County Superintendent,
before the newly elected trustee qualified.  Now
since the new trustee has qualified, he and one of
the old trustees desire to cancel the contracts
made, heretofore referred to.

　　　　"(1)  Can they cancel the contracts?

　　　　"(2)  If so upon what grounds, (assuming the
contracts otherwise good)?

　　　　"Further, two of the  teachers who entered into
the new contracts had other and older two year con-
tracts upon which they had taught only one year.  As-
suming that the new contracts can be cancelled, can
they still stand on the one year remaining on the old
contracts?"

　　　　We enclose a copy of our Conference Opinion No. 3069,
wherein we held that the last sentence in Sec. 1 of H.B. 137,
45th Leg., (Art. 2750a, V.A.C.S.) was void for want of a proper
caption.  If the contract in question was signed before April
24, 1941, the answer to your first question would be a negative

one, assuming there are no grounds for cancellation not mentioned in your letter. The defect in the caption to said Article 2750a was removed on April 24, 1941, by S.B. 126, 47th Leg. If this contract was signed between that date and the qualification of the new trustee and you need our opinion in light of that fact you may advise us.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ Glenn R. Lewis
Glenn R. Lewis, Assistant

APPROVED JUL 21, 1941
/s/ Grover Sellers
FIRST ASSISTANT ATTORNEY GENERAL

APPROVED: OPINION COMMITTEE
BY:        BWB, Chairman

GRL:AMM:wb

ENCLOSURE